**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Heather Hughes v. Peter Giammanco

Appellate case number:    01-18-00771-CV

Trial court case number:  2018-26459

Trial court:              129th District Court of Harris County

Appellant has filed an emergency motion to stay trial court proceedings pending resolution of this interlocutory appeal of the trial court's order denying her motion to dismiss under the Texas Citizens Participation Act. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(12), (b) (interlocutory appeal of denial of TCPA motion to dismiss "stays all other proceedings in the trial court pending resolution of that appeal"). The motion is GRANTED. The trial court proceedings are ordered stayed until November 6, 2018.

It is further ordered that the briefing schedule for this appeal shall be as follows:

- Appellant's brief is due by 12pm on October 5, 2018.
- Appellee's brief is due by 4pm on October 19, 2018.
- Appellant's reply brief is due by 12pm on October 26, 2018.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                          Acting individually


Date: September 20, 2018